No. 73–197. FRANK ET AL. *v.* WOLF ET AL. C. A. 5th Cir. Certiorari denied.

No. 73–211. SHELTON *v.* NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 73–222. RIBLET TRAMWAY Co. *v.* SIMON. Ct. App. Wash. Certiorari denied.

No. 73–224. ROSE ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied.

No. 73–226. STARK ET UX. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 73–227. CONTINENTAL BAKING Co. *v.* OLD HOMESTEAD BREAD Co. ET AL. C. A. 10th Cir. Certiorari denied.

No. 73–228. NEW JERSEY COUNTY AND MUNICIPAL COUNCIL No. 61 ET AL. *v.* AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL–CIO, ET AL. C. A. 3d Cir. Certiorari denied.

No. 73–229. SAFIR *v.* BLACKWELL, ASSISTANT SECRETARY OF COMMERCE FOR MARITIME AFFAIRS, ET AL. C. A. 2d Cir. Certiorari denied.

No. 73–230. PENNSYLVANIA *v.* GROCE. Sup. Ct. Pa. Certiorari denied.

No. 73–234. SAFEGUARD MUTUAL INSURANCE Co. *v.* PENNSYLVANIA ET AL. Sup. Ct. Pa. Certiorari denied.